

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00095-CV

**IN THE INTEREST OF N.B.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00469
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Father or appellant Mother as both are indigent.

SIGNED July 22, 2015.

Marialyn Barnard, Justice